UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-32504 |
|---|---|
| LAWRENCE D WALKER | (Chapter 13) |
| BRENDA J WALKER | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083255**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 34 | SYCAMORE HOSPITAL<br>% CBCS<br>5 W MONUMENT AVE<br>DAYTON, OH  45402 | 9.98 |
| 8/ 12 | ASTHMA & RESPIRATORY CTR<br>% CBCS<br>5 W MONUMENT AVE<br>DAYTON, OH  45402 | 90.75 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/14/2011

Certificate of Service 06-32504

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

LAWRENCE D WALKER
BRENDA J WALKER
7128 TROY CREST COURT
DAYTON, OH  45424

JEFFREY P ALBERT
4403 N MAIN ST
DAYTON, OH  45405

(12.1)
ASTHMA & RESPIRATORY CTR
% CBCS
5 W MONUMENT AVE
DAYTON, OH  45402

(1043.1n)
BRADLEY A REISENFELD
2035 READING ROAD
CINCINNATI, OH  45202

(1046.1n)
BRADLEY A REISENFELD
3962 RED BANK RD
CINCINNATI, OH  45227

(30.1n)
DANIEL WOLTERS
1300 EAST 9TH ST
14TH FLOOR
CLEVELAND, OH  44114

(1041.1n)
DENNIS A LIEBERMAN
ATTN EMERSON R KECK
318 W FOURTH STREET
DAYTON, OH  45402

(1042.1n)
DEPARTMENT OF TAXATION
SUSAN K CLIFFEL
9334 UNION CENTRE BLVD STE 200
WEST CHESTER, OH  45069

(42.1n)
EMERSON KECK
318 W FOURTH
DAYTON, OH  45402

(1045.1n)
EMERSON R KECK
15 W FOURTH ST   STE 100
DAYTON, OH  45402

(1047.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

(38.1n)
OHIO DEPT OF TAXATION
BANKRUPTCY DIVISION
BOX 530
COLUMBUS, OH  43216

(1048.1n)
PRA RECEIVABLES MANAGEMENT
BOX 41067
NORFOLK, VA  23541

(1049.1n)
RECOVERY MANAGEMENT SYSTEMS CO
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL  33131

(1044.1n)
SUSAN K CLIFFEL
600 VINE STREET
SUITE 2500
CINCINNATI, OH  45202

(34.1)
SYCAMORE HOSPITAL
% CBCS
5 W MONUMENT AVE
DAYTON, OH  45402

(41.1n)
WELLS FARGO FINANCIAL ACCEPTAN
13675 TECHNOLOGY DR
BLDG C  2ND FLOOR
EDEN PRAIRIE, MN  55344

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner_____        sv

0632504_42_20110614_0824_278/T317_sv
###